U.S. DISTRICT COURT - N.D. OF N.Y.

**FILED**

MAR 13 2019

AT_____ O'CLOCK_____
John M. Domurad, Clerk - Syracuse

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | ) Criminal No. 5:19-CR-98(TWD) |
| | ) |
| v. | ) **Information** |
| | ) |
| **JAMES BECKER,** | ) Violations:  26 U.S.C. § 7203 |
| | ) [Failure to File Income Tax |
| **Defendant.** | ) Returns] |
| | ) |
| | ) 4 Counts |
| | ) |
| | ) County of Offense:  Oneida |

### THE UNITED STATES ATTORNEY CHARGES:

### COUNT 1
### [Failure to File an Income Tax Return]

During the calendar year 2012, **JAMES BECKER**, whose residence and principal place of business were located in Oneida County, in the Northern District of New York, had and received gross income exceeding $9,750.  By reason of such gross income, he was required by law, on or before April 15, 2013, to make an income tax return to any proper officer of the Internal Revenue Service, stating specifically the items of his gross income and any deductions and credits to which he was entitled.  Well knowing and believing all of the foregoing, he did willfully fail, on or about April 15, 2013, in the Northern District of New York and elsewhere, to make an income tax return, in violation of Title 26, United States Code, Section 7203.

### COUNT 2
### [Failure to File an Income Tax Return]

During the calendar year 2013, **JAMES BECKER**, whose residence and principal place of business were located in Oneida County, in the Northern District of New York, had and received gross income exceeding $10,000.  By reason of such gross income, he was required by law, on or

before April 15, 2014, to make an income tax return to any proper officer of the Internal Revenue Service, stating specifically the items of his gross income and any deductions and credits to which he was entitled.  Well knowing and believing all of the foregoing, he did willfully fail, on or about April 15, 2014, in the Northern District of New York and elsewhere, to make an income tax return, in violation of Title 26, United States Code, Section 7203.

## COUNT 3
### [Failure to File an Income Tax Return]

During the calendar year 2014, **JAMES BECKER**, whose residence and principal place of business were located in Oneida County, in the Northern District of New York, had and received gross income exceeding $10,150.  By reason of such gross income, he was required by law, on or before April 15, 2015, to make an income tax return to any proper officer of the Internal Revenue Service, stating specifically the items of his gross income and any deductions and credits to which he was entitled.  Well knowing and believing all of the foregoing, he did willfully fail, on or about April 15, 2015, in the Northern District of New York and elsewhere, to make an income tax return, in violation of Title 26, United States Code, Section 7203.

## COUNT 4
### [Failure to File an Income Tax Return]

During the calendar year 2015, **JAMES BECKER**, whose residence and principal place of business were located in Oneida County, in the Northern District of New York, had and received gross income exceeding $10,300.  By reason of such gross income, he was required by law, on or before April 15, 2016, to make an income tax return to any proper officer of the Internal Revenue Service, stating specifically the items of his gross income and any deductions and credits to which he was entitled.  Well knowing and believing all of the foregoing, he did willfully fail, on or about

April 15, 2016, in the Northern District of New York and elsewhere, to make an income tax return,

in violation of Title 26, United States Code, Section 7203.

Dated: March 12, 2019

GRANT C. JAQUITH
United States Attorney

By:

KATHERINE A. KING
Assistant United States Attorney
Bar Roll No. 700150